IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEY TORREY,

    Plaintiff,                    No. CIV S-05-0388 LKK DAD P

    vs.

FEDERAL BUREAU OF
INVESTIGATION LAS VEGAS
NEVADA DIVISION, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 22, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 22, 2006, are adopted in full;

2. Defendants' June 29, 2005 motion to dismiss is granted, plaintiff's contract claims are dismissed without prejudice to the filing of an action in the United States Court of Federal Claims, plaintiff's common law tort claims are dismissed without prejudice to the filing of a new judicial action after filing an FTCA claim and exhausting his administrative remedy, and plaintiff's constitutional tort claims are dismissed with prejudice;

3. Plaintiff's August 2, 2005 motion for temporary restraining order is denied; and

4. This action is dismissed.

DATED: March 27, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/torr0388.801